## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    Crim. No. 5:11-CR-291-1D

STEVEN GENE RAPER

On September 4, 2012, the above named was placed on probation for a period of 5 years. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.


Reviewed and approved,                                    Respectfully submitted,


/s/Dwayne K. Benfield                                       /s/Dewayne L. Smith
Dwayne K. Benfield                                          Dewayne L. Smith
Supervising U.S. Probation Officer                          U.S. Probation Officer


### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 19 _____ day of _____ April _____, 2016.


James C. Dever III
Chief U.S. District Judge